# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

IN RE:   MARGARET LOU SECHRIST

)   Chapter: 7
)   Bankruptcy No: 11-81223
)   **REQUEST FOR NOTICE**

     Comes now the United States of America, acting through Rural Development, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Development, at the following address:

United States Department of Agriculture
Centralized Servicing Center
PO Box 66879
St. Louis, MO  63166


UNITED STATES OF AMERICA
United States Department of Agriculture
Rural Housing Service


Date:  08/15/11

**/s/ Tyrone Van Hoesen**
Tyrone Van Hoesen
Bankruptcy Specialist
Centralized Servicing Center - USDA
1-800-349-5097 ext. 5412